UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **WENDELL DWAYNE O'NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:20-cv-0743-LCB |
| | ) |
| **ALLSTATE INDEMNITY INSURANCE COMPANY, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | |

## MEMORANDUM

On September 28, 2022, O'Neal filed a motion entitled, "O'Neal's Motion For Leave To Vacate The Judgement Based Upon A Prior Alabama Public Safety Ruling That No Financial Security Exist For The Un-Registered Vehicle Within Allstate's Policy Declarations." The motion fails to comply with the Court's order of December 4, 2020. Accordingly, the Clerk is **DIRECTED** not to docket the motion.

**DONE** and **ORDERED** September 29, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE